UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINCOLN MEMORIAL UNIVERSITY, | ) |
| | ) Case No. 3:25-cv-282 |
| *Plaintiff*, | ) |
| v. | ) |
| AMERICAN VETERINARY MEDICAL ASSOCIATION, | ) |
| *Defendant*. | ) |

**ORDER**

Pursuant to 28 U.S.C. § 455, the Honorable Jill E. McCook, United States Magistrate Judge, has recused herself in this action. Accordingly, it is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable Debra C. Poplin, United States Magistrate Judge, to handle any matters routinely considered by a magistrate judge pursuant to 28 U.S.C. § 636(b) and the Rules of this Court.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**