IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LINCOLN MEMORIAL UNIVERSITY, a not-for-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN VETERINARY MEDICAL ASSOCIATION,<br><br>    Defendant. | Case No. 3:25-cv-0282-TAV-DCP |

**NOTICE OF FORTHCOMING *PRO HAC VICE* MOTION**

PLEASE TAKE NOTICE that William B. Grimes, a member in good standing of the highest court of the State of Alabama, will move for admission to appear in this action *pro hac vice* upon his forthcoming admission to practice in the United States District Court for the Northern District of Alabama.

Before satisfying this Court's requirements to appear *pro hac vice*, Mr. Grimes must be admitted to practice in another United States District Court. *See* E.D. Tenn. L.R. 83.5. Mr. Grimes has satisfied all of the Northern District of Alabama's requirements for admission, except for participation in a prescribed oath ceremony presided over by a judicial officer. The Northern District of Alabama typically holds one ceremony per month to administer the prescribed oath, and the Clerk's Office has advised that the next ceremony will take place in the first two weeks of July 2025, whereupon Mr. Grimes is expected to be admitted. Following his expected admission at that time, Mr. Grimes will file a motion to appear in this action *pro hac vice*, along with the required payment and a certificate of good standing from the Northern District of Alabama.

1

Dated: June 26, 2025

Respectfully submitted,

 /s/ Thomas W. Thagard III
Thomas W. Thagard III (TN 041673)
James C. Lester (admitted *pro hac vice*)
S. Reeves Jordan (admitted *pro hac vice*)
William B. Grimes (*pro hac vice* forthcoming)
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
T: (205) 254-1000
tthagard@maynardnexsen.com
jlester@maynardnexsen.com
rejordan@maynardnexsen.com
bgrimes@maynardnexsen.com

Timothy B. McConnell (TN 019136)
MAYNARD NEXSEN PC
4800 Old Kingston Pike, Suite 120
Knoxville, TN 37919
T: (865) 686-5624
tmcconnell@maynardnexsen.com

*Counsel for Plaintiff Lincoln Memorial University*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed on June 25, 2025 using the CM/ECF system and will be served upon the following either via private process server or by placing a copy of the same in the United States mail to the following address:

American Veterinary Medical Association
Registered Agent: Janet Donlin
1931 North Meacham Road, Suite 100
Schaumburg, IL 60173-4360

                                          */s/ Thomas W. Thagard III*
                                          Thomas W. Thagard III (TN 041673)