# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LINCOLN MEMORIAL UNIVERSITY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:25-CV-282<br>) |
| AMERICAN VETERINARY MEDICAL ASSOCIATION, | )<br>)<br>) |
| Defendant | )<br>) |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

Come now Plaintiff Lincoln Memorial University and Defendant American Veterinary Medical Association ("AVMA") and, pursuant to E.D. Tenn. L.R. 12.1(a), stipulate that AVMA will have twenty-one additional days in which to respond to the Complaint (Doc. 1). Accordingly, AVMA shall have up to and including August 4, 2025, in which to respond to the Complaint.

Respectfully submitted,

 */s/ Thomas W. Thagard III*
Thomas W. Thagard III (TN 041673)
James C. Lester (admitted *pro hac vice*)
S. Reeves Jordan (admitted *pro hac vice*)
William B. Grimes (*pro hac vice* forthcoming)
**MAYNARD NEXSEN PC**
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
T: (205) 254-1000
tthagard@maynardnexsen.com

1

jlester@maynardnexsen.com
rejordan@maynardnexsen.com
bgrimes@maynardnexsen.com

Timothy B. McConnell (TN 019136)
**MAYNARD NEXSEN PC**
4800 Old Kingston Pike, Suite 120
Knoxville, TN 37919
T: (865) 686-5624
tmcconnell@maynardnexsen.com

*Counsel for Plaintiff Lincoln Memorial University*

*and*

**LONG, RAGSDALE & WATERS, PC**

_/s/ Leah McClanahan_
Leah W. McClanahan, BPR #027603
1111 N. Northshore Drive, Suite S-711
Knoxville, TN 37919
865.584.4040
lmcclanahan@lrwlaw.com

*Counsel for Defendant American Veterinary Medical Association*