**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| LINCOLN MEMORIAL UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN VETERINARY MEDICAL ASSOCIATION,<br><br>Defendant. | Case No. 3:25-cv-00282-TAV-DCP |

## **DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant American Veterinary Medical Association ("Defendant") hereby moves to dismiss the Complaint filed by Plaintiff Lincoln Memorial University ("Plaintiff"), Dkt. No. 1, in its entirety and with prejudice, for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted. For the reasons set forth in detail in Defendant's *Brief in Support* of this Motion, Plaintiff has failed to establish an Article III case or controversy, and failed to allege any plausible antitrust or due process claim upon which the requested injunctive relief can be granted. In support of this Motion, Defendant submits herewith the following:

1. *Brief in Support of Defendant's Motion to Dismiss*;
2. Exhibit A – Accreditation Policies and Procedures of the AMVA Council on Education (the "COE Policies");
3. Exhibit B – Oct. 14, 2022 Letter;
4. Exhibit C – Report of Evaluation (the "LMU-TN Report of Evaluation"); and
5. Exhibit D – Report of Evaluation for a Comprehensive Visit for a Letter of Reasonable Assurance (the "LMU-FL Report of Evaluation").

Additionally, in accordance with this Court's Order Governing Motions to Dismiss, Dkt.

No. 7, the undersigned hereby certifies that on August 18, 2025, counsel for the Parties conferred and were unable to agree that the Complaint is curable by a permissible amendment.

Respectfully submitted this 3rd day of September, 2025.

**FREEMAN MATHIS & GARY, LLP**


*/s/ J. Cole Dowsley, Jr.*
J. Cole Dowsley, Jr. (TN BPR No. 024400)
1600 Division Street, Suite 590
Nashville, Tennessee 37203
615-208-5610
cole.dowsley@fmglaw.com

Cameron N. Regnery (admitted *pro hac vice*)
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
770-818-0000
cameron.regnery@fmglaw.com

*Counsel for Defendant American Veterinary Medical Association*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, a true and correct copy of the foregoing was filed via the Court's CM/ECF electronic filing system, which will deliver a Notice of Electronic Filing to the following:

James Conrad Lester
Maynard Nexsen, PC
1901 6th Ave N
Suite 1700
Birmingham, AL 35203
jlester@maynardnexsen.com

S. Reeves Jordan
Maynard Nexsen PC
1901 6th Ave N
Suite 1700
Birmingham, AL 35203
rejordan@maynardnexsen.com

William B Grimes
Maynard Nexson PC
1901 6th Ave N
Suite 1700
Birmingham, AL 35203
bgrimes@maynardnexsen.com

Timothy B McConnell
Maynard Nexsen PC
4800 Old Kingston Pike
Suite 120
Knoxville, TN 37919
tmcconnell@maynardnexsen.com

Thomas W. Thagard, III
Maynard Nexsen PC
1901 6th Ave N
Suite 1700
Birmingham, AL 35203
tthagard@maynardnexsen.com

Leah W. McClanahan
Long, Ragsdale & Waters, PC
1111 N. Northshore Drive, Suite 711
Knoxville, Tennessee 37919
lmcclanahan@lrwlaw.com

*/s/ J. Cole Dowsley, Jr.*
J. Cole Dowsley, Jr.