IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINCOLN MEMORIAL UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:25-CV-282-TAV-DCP |
| ) | |
| AMERICAN VETERINARY MEDICAL ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455, the undersigned judge hereby recuses in this matter and requests that the Chief Judge reassign this case to another judge.

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge