**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| LINCOLN MEMORIAL UNIVERSITY, | ) | |
| | ) | Case No. 3:25-cv-282 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN VETERINARY MEDICAL | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

**ORDER**

Pursuant to 28 U.S.C. § 455, the Honorable Debra C. Poplin, United States Magistrate

Judge, has recused herself in this action. Accordingly, it is hereby **ORDERED** that this case is

**REASSIGNED** to the Honorable Cynthia R. Wyrick, United States Magistrate Judge, to handle

any matters routinely considered by a magistrate judge pursuant to 28 U.S.C. § 636(b) and the

Rules of this Court.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
CHIEF UNITED STATES DISTRICT JUDGE**