UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LINCOLN MEMORIAL UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN VETERINARY MEDICAL ASSOCIATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 3:25-CV-282-TAV-CRW |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this action is **DISMISSED without prejudice** for lack of subject-matter jurisdiction. The Clerk is **DIRECTED** to close the file.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT